STATE of Missouri,
Plaintiff-Respondent,

v.

Rodney E. CARTER,
Defendant-Appellant.

No. 45180.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 12, 1983.

Motion For Rehearing and/or Transfer to Supreme Court Denied May 13, 1983.

Nelson B. Rich, St. Louis, for defendant-appellant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, George Westfall, Pros. Atty., Clayton, for plaintiff-respondent.

## ORDER

PER CURIAM.

Defendant appeals from his conviction on two counts of receiving stolen property of a value in excess of $150. Sec. 570.080, RSMo 1978. The judgment is affirmed in accordance with Rule 30.25(b).